IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ADAM SCOTT MITCHELL,** ) | Civil Action No. 7:12-cv-00370 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **DR. ABROKWAH, et al.,** ) | By: Hon. Michael F. Urbanski | |
| Defendants. ) | United States District Judge | |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's claims against the S.W.V.R.J.A. Duffield Facility are **DISMISSED without prejudice**, pursuant to 28 U.S.C. § 1915A(b)(1), and the S.W.V.R.J.A. Duffield Facility is **TERMINATED** as a defendant.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

Entered: November 2, 2012

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge