IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ADAM SCOTT MITCHELL,** | ) | Civil Action No. 7:12-cv-00370 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **DR. ABROKWAH, et al.,** | ) | By:  Hon. Michael F. Urbanski |
| Defendants. | ) | United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that defendants' motions to dismiss, Dkt. #s 24 and 36, are **DENIED**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

Entered:  July 11, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge