# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| ADAM SCOTT MITCHELL | ) | |
|     Plaintiff, | ) | Civil Action No. 7:12-cv-00370 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DR. ABROKWAH, et al., | ) | By:   Hon. Michael F. Urbanski |
|     Defendants. | ) |         United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute, all pending motions are **DENIED as moot**, and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum Opinion to Plaintiff and counsel of record for Defendants.

                                      Entered: December 12, 2013

                                      /s/ *Michael F. Urbanski*

                                      Michael F. Urbanski
                                      United States District Judge