# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **ADAM SCOTT MITCHELL** | ) | |
|     **Plaintiff,** | ) | **Civil Action No. 7:12-cv-00370** |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **DR. ABROKWAH, <u>et al.</u>,** | ) | **By:**    **Hon. Michael F. Urbanski** |
|     **Defendants.** | ) |           **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute, all pending

motions are **DENIED as moot**, and the action is **STRICKEN** from the active docket of the

court.

      The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to Plaintiff and counsel of record for Defendants.

                        Entered:  December 12, 2013

                        /s/ Michael F. Urbanski

                        Michael F. Urbanski
                        United States District Judge